> Order Filed on
> **4/15/2009**
> by Clerk U.S. Bankruptcy
> Court District of New Jersey

**WASSERMAN, JURISTA & STOLZ, P.C.**
225 Millburn Avenue, Suite 207
P.O. Box 1029
Millburn, New Jersey  07041
(973) 467-2700
Counsel for Aloni Diamonds, Ltd. and Weldiam, Inc.
**SCOTT S. REVER (SR-1425)**

_____

|  |  |
|---|---|
|  | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
|  | : CHAPTER 7 |
| In re: | : |
|  | : Case No.  07-24960 (RG) |
| **YARON LAVI,** | : Honorable Rosemary Gambardella |
| Debtor. | : |
| **A&W GEMS, INC.; ALONI DIAMONDS, LTD.; AMERICAN GEM CORP.; ATIT DIAMON CORP.; DIA-CENTRE, INC.; EVAN'S DIAMOND, INC.; GOLDSTEIN DIAMONS, INC.; H. LIPSCHITZ & SON INC.; IDOR, INC.; KANTON DIAMONDS, INC.; K&D DIAMONDS, INC.; LEO SCHACHTER & COMPANY, INC.; MJ GROSS, INC.; PACIFIC M. INTER-NATIONAL CORP.; R. SULIMANI & CO., RICK SHATZ, INC.; SAMERSON, INC.; SIGNATURE DISMOND ENTERPRISES, LLC; T. GLUCK & CO., INC.; TACHE USA, INC.; UNIVERSAL DIAMOND CORP.; WELDIAM, INC.; Y.M. INTERNATIONAL CORP.,** | : |
|  | : Adv. Pro. No.: 08-1010 RG |
|  | : Hearing Date: November 24, 2008 at 2:00 p.m. |
| Plaintiffs, | : |
| v. | : |
| **YARON LAVI,** | : |
| Defendant. | : |

_____

**ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF ALONI DIAMONDS, LTD. AND WELDIAM, INC.**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: 4/15/2009**

_____
Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Yaron Lavi |
| Case No.: | 07-24960 RG |
| Caption of Order: | Order Granting Summary Judgment in favor of Aloni Diamonds, Ltd. and Weldiam, Inc. |

___

**THIS MATTER**, having been opened to the Court upon the Motion of Aloni Diamonds, Ltd. and Weldiam, Inc., creditors in the above captioned bankruptcy case and Plaintiffs in the above captioned adversary proceeding ("Plaintiffs"), by and through their attorneys, Wasserman, Jurista & Stolz, P.C., seeking the entry of an Order granting summary judgment in favor of Aloni Diamonds, Ltd. and Weldiam, Inc.; and the Court having considered the moving papers and any response(s) filed with respect thereto; and the Court having conducted a hearing in this matter; and on the basis of the arguments presented by counsel and the record established at the hearing; and for good cause having been shown for the entry of this order; it is hereby

**ORDERED**, that Aloni Diamonds, Ltd. and Weldiam, Inc.'s motion for summary judgment be and is hereby granted; and it is further

**ORDERED**, that the debt due and owing by Yaron Lavi to Aloni Diamonds, Ltd. in the amount of $81,758.25 be and is hereby determined to be non-dischargeable pursuant to 11 U.S.C. §523; and it is further

**ORDERED**, that the debt due and owing by Yaron Lavi to Weldiam, Inc. in the amount of $51,798.70 be and is hereby determined to be non-dischargeable pursuant to 11 U.S.C. §523.

*Approved by Judge Judith H. Wizmur April 15, 2009*